# ARKANSAS COURT OF APPEALS

DIVISION III
No. CR–13–284

| | |
|---|---|
| SUSAN LYNN HOUGHTON<br>APPELLANT | **Opinion Delivered** January 15, 2014 |
| V. | APPEAL FROM THE JOHNSON COUNTY CIRCUIT COURT [NO. CR–2011-141] |
| STATE OF ARKANSAS<br>APPELLEE | HONORABLE BILL PEARSON, JUDGE |
| | AFFIRMED; MOTION GRANTED |

## RITA W. GRUBER, Judge

A jury found Susan Lynn Houghton guilty of possession of drug paraphernalia with intent to manufacture methamphetamine and possession of drug paraphernalia, for which she was sentenced to a total 144 months' imprisonment in the Arkansas Department of Correction. Pursuant to Arkansas Rule 4–3(k)(1) of the Rules of the Arkansas Supreme Court and Court of Appeals and *Anders v. California*, 386 U.S. 738 (1967), her attorney has filed a motion to withdraw on the ground that there are no non-frivolous issues that would support an appeal in this case. Counsel's motion is accompanied by an abstract and addendum of the proceedings below, including all objections and motions decided adversely to Houghton, and a no-merit brief in which counsel explains why nothing in the record would arguably support an appeal. Houghton was notified of her right to file pro se points but has not done so.

From our review of the record and the brief presented to us, we find compliance with

Rule 4–3(k)(1) and *Anders v. California*, *supra*, and we hold that there is no merit to this appeal. Accordingly, counsel's motion to withdraw is granted and the conviction is affirmed.

Affirmed; motion granted.

HARRISON and WOOD, JJ., agree.

*Witt Law Firm, P.C.*, by: *Ernest Wayne Witt*, for appellant.

No response.